# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

LUCIA ROJAS DE LA CRUZ,

        Plaintiff(s),

  v.

KEVIN J. SCHNEIDER, Sheriff, Polk County;
CORY WILLIAMS, Administrator, Polk County
Jail; SAM OLSON, Director, United States
Immigration and Customs Enforcement St. Paul
Field Office; TODD M. LYONS, Acting
Director, United States Immigration and Customs
Enforcement; DAREN K. MARGOLIN, Director
of Executive Office of Immigration Review;
KRISTI NOEM, Secretary, United States
Department of Homeland Security; PAMELA
BONDI, Attorney General of the United States;
all in their official capacities,

        Defendant(s),

**CIVIL NUMBER: 4:26-cv-00104-SHL-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Petitioner's Petition for Writ of Habeas Corpus was granted in part and denied in part. Judgment is entered in favor of Petitioner and against Respondents.

Dated this 27th day of March, 2026.

CLERK, U.S. DISTRICT COURT

/s/  M. Mast

_____

By: Deputy Clerk